# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| AMC INVESTORS, LLC | Bankruptcy Case No. 08-12265 (CSS) |
| | Bankruptcy Adv. No. 11-52317 (CSS) |
| Debtor. | |
| EUGENIA VI VENTURE HOLDINGS, LTD., | |
| Appellant, | |
| v. | C.A. No. 22-179-RGA |
| MAPLEWOOD HOLDINGS LLC, *et al.*, | Bankr. BAP No. 22-04 |
| Appellees. | |
| EUGENIA VI VENTURE HOLDINGS, LTD., | |
| Appellant, | |
| v. | C.A. No. 22-180-RGA |
| MAPLEWOOD HOLDINGS LLC, *et al.*, | Bankr. BAP No. 22-05 |
| Appellees. | |

## RECOMMENDATION

At Wilmington this **16th** day of **March, 2022**.

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation

of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, the court conducted an initial review, which included information from counsel,[1] to determine the appropriateness of mediation in this matter;

WHEREAS, as a result of the above screening process, the issues involved in this case are not amenable to mediation and mediation at this stage would not be a productive exercise, a worthwhile use of judicial resources nor warrant the expense of the process.

On March 3, 2022 in the above-captioned matters, Appellants Eugenia VI Venture Holdings in 22-179-RGA and AMC Investors, LLC and AMC Invertors II LLC (Debtors) in 22-180-RGA and Appellees MapleWood Holdings LLC, MapleWood Management LP, MapleWood Partners, LP, Robert V. Glasser and Robert Reale ("Defendants') in 22-179-RGA and 22-180-RGA, submitted a joint statement on mandatory mediation in the above-captioned Appeals.  The Appeals involve Chapter 7 bankruptcy proceedings and are from an Opinion issued by Judge Christopher Sonchi.

Both Debtors and Defendants agree that mediation of these Appeals would be unproductive and request the Appeals proceed on the merits.  In addition, the parties proposed the following briefing schedule:

| | |
|---|---|
| Debtors' Opening Brief | May 13, 2022 |
| Defendants' Answering Brief | July 15, 2022 |
| Debtors' Reply Brief | August 15, 2022 |

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a)

---

[1] Written information was provided by counsel for the parties which is not made part of the court record because it relates to mediation.

Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), these matters be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court.  No objections to this Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), FED. R. CIV. P. 72(a) and D. DEL. LR 72.1 are anticipated since the Recommendation is consistent with the parties' joint request in both Appeals.

      Local counsel are obligated to inform out-of-state counsel of this Order.


                                  /s/ Mary Pat Thynge
                                  Chief U.S. Magistrate Judge Mary Pat Thynge